UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MARK KELTY,

        Petitioner,                Case No. 19-cv-12774
                                        Hon. Matthew F. Leitman

v.

THOMAS WINN,

        Respondent.
_____/

**ORDER GRANTING PETITIONER'S
LETTER-MOTION FOR ENLARGEMENT OF TIME (ECF NO. 6)**

On October 9, 2019, the Court stayed his habeas proceeding to allow Petitioner Steven Mark Kelty to exhaust additional claims in the state courts. (*See* Ord. ECF No 5.) The Court conditioned the stay upon Kelty returning to this Court with a motion to re-open and amend his petition within 60 days of exhausting his state court remedies. Now before the Court is Kelty's letter-motion for an enlargement of time to comply with this condition. The Court **GRANTS** the motion.

Kelty states that he requires additional time because restrictions imposed in response to the COVID-19 pandemic have prevented him from accessing the law library. Kelty's request for an enlargement of time is reasonable and justified and will be granted. *See* Fed. R. Civ. P. 6(b)(1)(A) (allowing court to extend a deadline for good cause if the request is made before the original deadline expires).

Accordingly, **IT IS HEREBY ORDERED** that Kelty's letter-motion for enlargement of time is **GRANTED**. (ECF No. 6.) Kelty shall return to this Court, with a motion to re-open and amend his petition, within **120 days** of fully exhausting his state court remedies. If Kelty's inability to access the law library continues in such a way that it interferes with his ability to comply with the new deadline, he may move for an additional enlargement of time before the expiration of the 120-day period.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764